Pontiac Press, Inc., appellant, v. Jacob D. Allen, appellee. Gen. No. 39,373.

Opinion filed October 20, 1937.

Louis I. Lewis, for appellant. No appearance for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Joseph Castle, appellee, v. Riverview Park Company, appellant. Gen. No. 39,528.

Opinion filed November 8, 1937.

Robertson, Crowe & Spence, for appellant; Eugene P. Kealy, Henry L. McIntyre and Richard P. Garrett, of counsel. John E. Timm, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Wiktorya Burzak, appellant, v. City of Chicago, appellee. Gen. No. 39,556.

Opinion filed November 8, 1937. Rehearing denied November 22, 1937.

Leopold Saltiel, for appellant; Irvin J. Moskal, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Fred O'Connor, Alexander J. Resa and Adam E. Patterson, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.